# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-01337-JVS | Date | June 10, 2009 |
| Title | In re Sed Lofti: Sed Lofti v. GRP Financial Services | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:     (In Chambers)      ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **June 29, 2009** why this action should not be dismissed for lack of prosecution.

   This Order is based upon appellant's failure to file the documents required by Rule 8002, et seq. of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following in Bankruptcy Court with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

   X    Designation of Record

   X    Statement of Issues on Appeal

   X    Filing of Notice Regarding Ordering of Transcript

   X    Reporter's transcript

   __    Appellant's opening brief

   __    Appellee's opening brief

   __    Appellant's reply brief

   If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

:    00

Initials of Preparer    kjt