# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 09-01337-JVS                          Date   January 28, 2010

Title   In re Sed Lofti: Sed Lofti v. GRP Financial Services

Present: The Honorable        James V. Selna

Karla J. Tunis                                    Not Present

Deputy Clerk                                    Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                    Not Present

**Proceedings:    (In Chambers)          ORDER TO SHOW CAUSE RE DISMISSAL
                                          FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s)to show cause in writing no later than **February 10, 2010**  why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8006 of the Bankruptcy Rules.  Counsel is advised that the Court will consider the filing of the following documents in Bankruptcy Court  with a status report to the District Court as an appropriate response to this Order to Show Cause, on or before the above date, to avoid dismissal:

__   Designation of Record

__   Statement of Issues on Appeal

__   Filing of Notice Regarding Ordering of Transcript

**X   Reporter's transcript has not been filed**

__   Appellant's opening brief

__   Appellee's opening brief

__   Appellant's reply brief

If this case has been settled and/or dismissed in the Bankruptcy Court you must file a **separate** dismissal in the District Court.

                                                      :        00

                              Initials of Preparer        kjt