JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Sed Lofti | ) | CV 09-01337-JVS |
| | ) | |
| Sed Lofti, | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| | ) | LACK OF PROSECUTION |
| v. | ) | |
| | ) | |
| GRP Financial Services Corp. | ) | |
| | ) | |
| Defendants. | ) | |
| —————————————————— | ) | |

The Court having, on March 11, 2010, granted the Appellant's Request for extension of Time to File Transcripts to May 21, 2010 and no transcripts having been filed as of todays date,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: June 30, 2010

_____
James V. Selna
United States District Judge